B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Metropark USA, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**81-0636659** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1530 Palisades Center Dr.**<br>**West Nyack, NY**<br>ZIP CODE **10994** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Rockland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**5750 Grace Place**<br>**Los Angeles, CA**<br>ZIP CODE **90022** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor (Form of Organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other _____<br>**Tax-Exempt Entity** (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>**Nature of Debts** (Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    NONE | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: Southern District of New York | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____ <br>      Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                           _____
                           (Name of landlord that obtained judgment)

                           _____
                           (Address of landlord)

    ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor  X _____ Signature of Joint Debtor  Telephone Number (if not represented by attorney)  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.  X _____ (Signature of Foreign Representative)  (Printed Name of Foreign Representative)  Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ Cathy Hershcopf  Signature of Attorney for Debtor(s)  Cathy Hershcopf/Jeffrey L. Cohen  Printed Name of Attorney for Debtor(s)  Cooley LLP  Firm Name  1114 Avenue of the Americas  New York, NY 10036  Address  212-479-6000  Telephone Number  05/02/2011  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  Printed Name and title, if any, of Bankruptcy Petition Preparer  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X /s/ Cynthia Harriss  Signature of Authorized Individual  Cynthia Harriss  Printed Name of Authorized Individual  CEO  Title of Authorized Individual  05/02/2011  Date | Address  X _____  Date  Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Debtor** | | | | | | **Case No. (If known)** |

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

Following is a list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1 | TRUE RELIGION<br>2263 VERNON AVENUE<br>VERNON, CA 90058 | TRUE RELIGION<br>2263 VERNON AVENUE<br>VERNON, CA 90058<br>TEL: (323) 266-3072<br>FAX: (323) 266-8060<br>EMAIL: brian@truereligionbrandjeans.com | TRADE DEBT | | | | $629,334.70 |
| 2 | NSB RETAIL SOLUTIONS INC<br>2800 TRANS CANADA HIGHWAY<br>POINTE CLAIRE, QUEBEC H9R 1B1<br>CANADA | NSB RETAIL SOLUTIONS INC<br>2800 TRANS CANADA HIGHWAY<br>POINTE CLAIRE, QUEBEC H9R 1B1<br>CANADA<br>TEL: (514) 426-0822<br>FAX: (514) 426-0824<br>EMAIL: emadallah@epicor.com | TRADE DEBT | | | | $283,731.56 |
| 3 | LIFE AFTER DENIM<br>847 W. 16ST STREET<br>NEWPORT BEACH, CA 92663 | LIFE AFTER DENIM<br>847 W. 16ST STREET<br>NEWPORT BEACH, CA 92663<br>TEL: (949) 734-4424<br>FAX: (949) 631-6246 | TRADE DEBT | | | | $258,340.38 |
| 4 | SCOTCH & SODA<br>11811 E. FLORENCE AVE.<br>SANTA FE SPRINGS, CA 90670 | SCOTCH & SODA<br>11811 E. FLORENCE AVE.<br>SANTA FE SPRINGS, CA 90670<br>TEL: (562) 906-9998<br>EMAIL: Yossi@scotch-soda.com | TRADE DEBT | | | | $253,915.40 |

Form B4 (Official Form 4) - (12/07)

Metropark USA, Inc.

**Debtor**  **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 5 | PROJEK RAW USA INC.<br>433 CHABANEL WEST, SUITE 1000<br>MONTREAL, QUEBEC  H2N 2J8<br>CANADA | PROJEK RAW USA INC.<br>433 CHABANEL WEST, SUITE 1000<br>MONTREAL, QUEBEC  H2N 2J8<br>CANADA<br>TEL: (877) 381-5941<br>EMAIL: ariel@privatemember.com | TRADE DEBT | | | | $232,828.68 |
| 6 | OBEY<br>17462 VON KARMEN<br>IRVINE, CA  92614 | OBEY<br>17462 VON KARMEN<br>IRVINE, CA  92614<br>TEL: (949) 596-8400<br>EMAIL: don@obeyclothing.com | TRADE DEBT | | | | $211,891.95 |
| 7 | G-STAR<br>599 BROADWAY<br>11TH FLOOR<br>NEW YORK, NY  10012 | G-STAR<br>599 BROADWAY<br>11TH FLOOR<br>NEW YORK, NY  10012<br>TEL: (212) 431-3730<br>FAX: (212) 226-0702<br>EMAIL: Alex-Matthews@g-star.com | TRADE DEBT | | | | $205,831.03 |
| 8 | JOES JEANS<br>5804 E. SLAUSON AVE<br>COMMERCE, CA  90040 | JOES JEANS<br>5804 E. SLAUSON AVE<br>COMMERCE, CA  90040<br>TEL: (323) 837-3700<br>EMAIL: Marc@JoesJeans.com | TRADE DEBT | | | | $166,969.00 |
| 9 | CHARLIE JADE/COAST STYLE GROUP<br>860 S. LOS ANGELES ST., SUITE 709<br>LOS ANGELES, CA  90014 | CHARLIE JADE/COAST STYLE GROUP<br>860 S. LOS ANGELES ST., SUITE 709<br>LOS ANGELES, CA  90014<br>TEL: (213) 244-9661<br>EMAIL: gbub@fortuneswimwear.com | TRADE DEBT | | | | $166,504.50 |

Form B4 (Official Form 4) - (12/07)

Metropark USA, Inc.

**Debtor**  **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 10  CROOKS AND CASTLES/TWELVE OUNCE<br>107 LOUVAIN WEST<br>MONTREAL, QC  H2N 1A3<br>CANADA | CROOKS AND CASTLES/TWELVE OUNCE<br>107 LOUVAIN WEST<br>MONTREAL, QC  H2N 1A3<br>CANADA<br>TEL: (514) 389-8885<br>EMAIL: marcr@twelveounce.com | TRADE DEBT | | | | $162,337.72 |
| 11  KITTY<br>2812 S. GRAND AVE.<br>LOS ANGELES, CA  90007 | KITTY<br>2812 S. GRAND AVE.<br>LOS ANGELES, CA  90007<br>TEL: (213) 749-2031<br>EMAIL: Robbin@Kittyfashion.com | TRADE DEBT | | | | $153,940.00 |
| 12  ARK & CO. / ARYN K<br>726 E. 12TH ST.  #103<br>LOS ANGELES, CA  90021 | ARK & CO. / ARYN K<br>726 E. 12TH ST.  #103<br>LOS ANGELES, CA  90021<br>TEL: (213) 745-8877<br>EMAIL: ken@arynk.com | TRADE DEBT | | | | $147,553.70 |
| 13  ERNST & YOUNG<br>DEPT. 6793<br>LOS ANGELES, CA  90084-6793 | ERNST & YOUNG<br>DEPT. 6793<br>LOS ANGELES, CA  90084-6793<br>EMAIL: brian.ring@ey.com | PROFESSIONAL FEES | | | | $145,176.00 |
| 14  TRICOT JOLI/WOW KNIT, INC.<br>1115 E. 14TH ST.<br>LOS ANGELES, CA  90021 | TRICOT JOLI/WOW KNIT, INC.<br>1115 E. 14TH ST.<br>LOS ANGELES, CA  90021<br>TEL: (213) 688-0404<br>EMAIL: Mike@wowknitinc.com | TRADE DEBT | | | | $116,380.50 |
| 15  DIESEL<br>220 W 19TH STREET, 3RD FLOOR<br>NEW YORK, NY  10011 | DIESEL<br>220 W 19TH STREET, 3RD FLOOR<br>NEW YORK, NY  10011<br>TEL: (212) 755-9200<br>FAX: (212) 414-8202<br>EMAIL: tess_brown@diesel.com | TRADE DEBT | | | | $114,450.96 |

Metropark USA, Inc.

**Debtor**  **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 16 STORE KRAFT<br>500 IRVING STREET<br>BEATRICE, NE 68310 | STORE KRAFT<br>500 IRVING STREET<br>BEATRICE, NE 68310<br>TEL: (402) 223-2348<br>FAX: (402) 223-1268 | TRADE DEBT | | | | $113,763.54 |
| 17 CENTURY CITY MALL. LLC<br>C/O BANK OF AMERICA-FILE# 7950<br>7950 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CENTURY CITY MALL. LLC<br>C/O BANK OF AMERICA-FILE# 7950<br>7950 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693<br>TEL: (310) 553-5300<br>EMAIL: centurycity@westfield.com | RENT | | | | $108,707.81 |
| 18 MOAC MALL HOLDINGS LLC<br>NW 5826<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5826 | MOAC MALL HOLDINGS LLC<br>NW 5826<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5826<br>EMAIL: info@mallofamerica.com | RENT | | | | $107,777.52 |
| 19 PLASTIC ISLAND/MCGINN USA<br>1385 E. 15TH STREET<br>LOS ANGELES, CA 90021 | PLASTIC ISLAND/MCGINN USA<br>1385 E. 15TH STREET<br>LOS ANGELES, CA 90021<br>TEL: (213) 749-0900<br>EMAIL: shun@agenticonfashion.com | TRADE DEBT | | | | $98,123.70 |
| 20 MID-WEST WHOLESALE LIGHTING<br>5250 HOLLYWOOD BLVD<br>PO BOX 27339<br>LOS ANGELES, CA 90027-4913 | MID-WEST WHOLESALE LIGHTING<br>5250 HOLLYWOOD BLVD<br>PO BOX 27339<br>LOS ANGELES, CA 90027-4913<br>TEL: (323) 957-6050<br>FAX: (323) 463-6489 | TRADE DEBT | | | | $97,182.03 |
| 21 MILK & HONEY<br>341 W. 31ST<br>LOS ANGELES, CA 90007 | MILK & HONEY<br>341 W. 31ST<br>LOS ANGELES, CA 90007<br>TEL: (323) 307-0826<br>EMAIL: info@division-e.com | TRADE DEBT | | | | $95,637.25 |

Form B4 (Official Form 4) - (12/07)

Metropark USA, Inc.

**Debtor**      **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 22 WOODFIELD MALL LLC<br>DEPARTMENT 55401<br>PO BOX 67000<br>DETROIT, MI 48267-0554 | WOODFIELD MALL LLC<br>DEPARTMENT 55401<br>PO BOX 67000<br>DETROIT, MI 48267-0554<br>FAX: (248) 258-7691 | RENT | | | | $93,462.10 |
| 23 URBAN OUTFITTERS<br>5000 S. BROAD ST.<br>PHILADELPHIA, PA 19112-1495 | URBAN OUTFITTERS<br>5000 S. BROAD ST.<br>PHILADELPHIA, PA 19112-1495<br>TEL: (215) 454-5500<br>EMAIL: LLieckfelt@freepeople.com | TRADE DEBT | | | | $89,977.72 |
| 24 URGENT GEAR, INC. DBA CIVIL SOCIETY<br>728 E. COMMERCIAL ST.<br>LOS ANGELES, CA 90012 | URGENT GEAR, INC. DBA CIVIL SOCIETY<br>728 E. COMMERCIAL ST.<br>LOS ANGELES, CA 90012<br>TEL: (213) 741-9926<br>EMAIL: randall@urgentgear.com | TRADE DEBT | | | | $89,532.50 |
| 25 FRANKIE B, INC<br>850 S BROADWAY, STE 504<br>LOS ANGELES, CA 90014 | FRANKIE B, INC<br>850 S BROADWAY, STE 504<br>LOS ANGELES, CA 90014<br>TEL: (213) 624-5411<br>EMAIL: Daniella@frankieb.com | TRADE DEBT | | | | $88,950.00 |
| 26 GENTLE FAWN<br>FAMILY BUSINESS DIST.<br>8721 SANTA MONICA BLVD. #322<br>LOS ANGELES, CA 90069-4507 | GENTLE FAWN<br>FAMILY BUSINESS DIST.<br>8721 SANTA MONICA BLVD. #322<br>LOS ANGELES, CA 90069-4507<br>TEL: (866) 992-9226<br>EMAIL: ben@evolvewithus.ca | TRADE DEBT | | | | $88,931.27 |
| 27 DHR INTERNATIONAL, INC.<br>10 SOUTH RIVERSIDE PL.<br>SUITE 2220<br>CHICAGO, IL 60606 | DHR INTERNATIONAL, INC.<br>10 SOUTH RIVERSIDE PL.<br>SUITE 2220<br>CHICAGO, IL 60606<br>TEL: (312) 782-1581<br>EMAIL: jmrowca@dhrinternational.com | TRADE DEBT | | | | $81,436.00 |

Metropark USA, Inc.

**Debtor**          **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 28 WANT AGENCY USA<br>545 W. 25TH STREET<br>8TH FLOOR<br>NEW YORK,, NY 10001 | WANT AGENCY USA<br>545 W. 25TH STREET<br>8TH FLOOR<br>NEW YORK,, NY 10001<br>TEL: (212) 414-5814<br>EMAIL: chris@wantagencyinc.com | TRADE DEBT | | | | $80,379.00 |
| 29 WESTFIELD GARDEN STATE PLAZA<br>FILE# 56816<br>LOS ANGELES, CA 90074-6816 | WESTFIELD GARDEN STATE PLAZA<br>FILE# 56816<br>LOS ANGELES, CA 90074-6816<br>EMAIL: pgenaro@us.westfield.com | RENT | | | | $79,838.29 |
| 30 SAN FRANCISCO EMPORIUM<br>WESTFIELD EMPORIUM<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-0548 | SAN FRANCISCO EMPORIUM<br>WESTFIELD EMPORIUM<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-0548<br>EMAIL: sanfrancisco@westfield.com | RENT | | | | $79,004.58 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
: 
**In re** : Chapter 11
: 
**METROPARK USA, INC.,** : 
: Case No. 11-_____ (RDD)
        Debtor. : 
: 
------------------------------------------------------------- x

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### RULE 1007-3 OF LOCAL RULE OF BANKRUPTCY PROCEDURE

None of the Debtor's stock is publicly held. All of the Debtor's stock, consisting of 76,962,128 shares, is held by:

| Class | Shares | % |
|---|---|---|
| Common | 32,990,383 | 44.9% |
| Series A | 10,000,000 | 13.61% |
| Series A-1 | 8,000,000 | 10.89% |
| Series B | 13,584,649 | 18.49% |
| Series B-1 | 4,000,000 | 5.44% |
| Series B-2 | 2,075,500 | 2.82% |
| Series C | 2,203,170 | 3.11% |
| Option Pool | 4,108,426 | 5.59% |
|  | **76,962,128** | **100%** |

**Entities That Hold Either Directly or Indirectly 10% or More of the Debtor's Equity Interests, And The Amounts So Held**

| Stock Holder | Relationship TO Debtor | Number OF Shares Held | Percentage Ownership OF Debtor |
|---|---|---|---|
| Orval Madden | Director | 11,453,617 | 15.59% |
| Madden, Orval D. And Leann As Trustees For The Madden Family Trust | Affiliate Of Director | 2,196,363 | 2.99% |

| Dated 3/17/98 | | | |
|---|---|---|---|
| Bricoleur Partners, L.P. | Affiliate Of Director | 6,826,707 | 9.29% |
| Bricoleur Enhanced, L.P. | Affiliate Of Director | 10,140,803 | 13.8% |
| Bric 6, L.P. | Affiliate Of Director | 5,333,207 | 7.26% |
| Bricoleur Offshore Ltd. | Affiliate Of Director | 7,521,972 | 10.24% |
| Bric Retail L.P. | Affiliate Of Director | 448,226 | 0.61% |
| Lawrence Tanenbaum | Equity Holder | 8,743,637 | 11.9% |

### DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Metropark USA, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Metropark USA, Inc., submitted herewith and that it is true and correct to the best of my information and belief.

Dated: May 2, 2011

/s/ Cynthia Harriss
By: Cynthia Harriss
Title: CEO

# WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF
# <u>METROPARK (USA), INC.</u>

The undersigned, being all of the directors of Metropark (USA), Inc., a Delaware corporation (the "<u>Company</u>"), having held a telephonic meeting on April 27, 2011 (the "<u>Meeting</u>"), hereby ratify and consent to the following resolutions adopted at the Meeting:

WHEREAS, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>");

NOW, THEREFORE, BE IT

RESOLVED, that each of the Chief Executive Officer, Vice President, Finance and Distribution, any other officer or person designated and so authorized to act (each, an "<u>Authorized Officer</u>") on behalf of the Company be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") at such time or in such other jurisdiction as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Cooley LLP be, and hereby is, employed as attorneys for the Company under a general retainer in any such chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of CRG Partners Group, LLC be, and hereby is, employed as financial advisors for the Company under a general retainer in any such chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Omni Management Group, LLC be, and hereby is, employed as claims and noticing agents for the Company under a general retainer in any such chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that any Authorized Officer and such other officers of the Company as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the chapter 11 case; and it is further

RESOLVED, that in connection with the chapter 11 case, each Authorized Officer, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to cause the Company to use the cash collateral ("Cash Collateral") of its senior secured lender, Wells Fargo Retail Finance, LLC ("Wells Fargo"), pursuant to the consensual terms contemplated by motion and order submitted for consideration by the Bankruptcy Court with such changes therein and additions thereto as such officer or officers causing the same may consider necessary, appropriate, desirable or advisable, such determination to be conclusively evidenced by such making of such changes; and it is further

RESOLVED, that in connection with the chapter 11 case, each Authorized Officer, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to cause the Company to take such actions and execute such documents as are necessary to effectuate a sale of substantially all of the assets of the Company, in a manner determined by the Authorized Officer to represent the best interests of the Company and its creditors; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

4/29 IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of _____, 2011.

_____
Orv Madden

_____
Jon Bortz

_____
Robert Allison

*[signature: Cynthia Harriss]*
_____
Cynthia Harriss

**Recused from Resolutions:**

_____
Bob Poole

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of __April 29__, 2011.

_____
Orv Madden

_____*signature*_____
Jon Bortz

_____
Robert Allison

_____
Cynthia Harriss

**Recused from Resolutions:**

____*signature: Robert M. Poole*____
Bob Poole

3

To: CATHY HERSHCOPF

4/29   IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of _____, 2011.

_____
Orv Madden

_____
Jon Bortz

_____
Robert Allison

_____
Cynthia Harriss

**Recused from Resolutions:**

_____
Bob Poole

212-479-6205

3

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of _April 30th_, 2011.

_____
Orv Madden

_____
Jon Bortz

_____
Robert Allison

_____
Cynthia Harriss

**Recused from Resolutions:**

_____
Bob Poole

3