COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| METROPARK USA, INC., | Case No. 11-22866 (RDD) |
| Debtor. | |

## NOTICE OF AUCTION

**PLEASE TAKE NOTICE** that on May 2, 2011, Metropark USA, Inc. (the "Debtor")[1] filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Debtor's *Emergency Motion of the Debtor for Entry of an Order Pursuant to Section 105, 363, 364, 365 and 554 (I) Approving Assumption of Agency Agreement, (II) Approving Store Closing Sales, (III) Approving Break-up Fee, (IV) Authorizing the Debtor to Abandon Property, and (V) Granting Related Relief* (the "Sale Motion"), an Auction for the sale of substantially all of the Debtor's assets is currently scheduled to be conducted at 10:30 a.m. on Tuesday, May 3, 2011, at the offices of Cooley LLP, proposed counsel to the Debtor, at 1114 Avenue of the Americas, New York, New York 10036 or via telephone by dialing (888) 453-4412 and entering the following passcode: 392422.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the

---
[1] The last four digits of the Debtor's federal tax identification number are 6659.

1717703 v1/NY

Sale Motion, including approving the results of the Auction shall be held before the Court on **May 4, 2011 at 10:30 a.m. (Eastern time)** before The Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10606. Please note that copies of the Sale Motion are being served on the notice parties listed therein. Additional copies can be viewed on the Court's website at www.ecf.nysb.uscourts.gov or on the Debtor's website maintained by Omni Management Group, LLC at www.omnimgt.com/metropark.

Dated: May 2, 2011
      New York, New York

Respectfully submitted,

By: /s/ Cathy Hershcopf
     Cathy Hershcopf

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf (CH 5875
Jeffrey L. Cohen (JC 2556)
Alex R. Velinsky (AV 1012)

Proposed Attorneys for Debtor and Debtor in Possession