COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
**In re** : **Chapter 11**
: 
**METROPARK USA, INC.,** : **Case No. 11-22866 (RDD)**
: 
       **Debtor.** :
: 
---------------------------------------------------------------- x

## HEARING AGENDA

| | |
|---|---|
| Time and Date of Hearing: | **June 30, 2011** at **10:00 a.m.** (prevailing Eastern time) (the "Hearing") |
| Location of Hearing: | Judge Drain's Courtroom, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10606 |
| Copies of Motions: | A copy of each of the pleadings can be viewed on the Court's website at www.ecf.nysb.uscourts.gov, and at the website maintained by Omni Management Group, LLC ("Omni") at www.omnimgt.com/metropark or by contacting Omni directly at Metropark USA, Inc. c/o Omni Management Group, LLC 16161 Ventura Blvd., Suite C, PMB 480, Encino, CA 91436, by telephone at (866) 989-6144, or by facsimile at (818) 783-2737. |

**MATTERS SCHEDULED FOR THE HEARING:**

    1.    Notice of Assumption and Assignment of Unexpired Leases of Nonresidential Real Property (Dkt. No. 212) With Respect to the Leases for the Following Locations:

        a.    NorthPark Center (Store Number 11):

            Response Deadline:  June 22, 2011, at 5:00 p.m.

            Response(s) Received: Objection filed by NorthPark Partners, L.P. (Dkt. No. 222)

Status: The parties are attempting to resolve the issues raised by NorthPark Partners, L.P. in its objection prior to the Hearing. This matter is going forward on a contested basis, unless it is resolved consensually in advance of the Hearing.

b. Danbury Fair Mall (Store Number 45):

Response Deadline: June 22, 2011, at 5:00 p.m.

Response(s) Received: Informal response of Danbury Mall, LLC regarding financial adequate assurance of future performance.

Status: The parties are attempting to resolve the issues raised by Danbury Mall, LLC in its informal response. This matter is going forward on a contested basis, unless it is resolved consensually in advance of the Hearing.

c. Aventura Mall (Store Number 52):

Response Deadline: June 22, 2011, at 5:00 p.m.

Response(s) Received: Objection filed by Aventura Mall Venture (Dkt. No. 227).

Status: The parties are attempting to resolve the issues raised by Aventura Mall Venture in its objection. This matter is going forward on a contested basis, unless it is resolved consensually in advance of the Hearing.

d. Garden State (Store Number 60):

Response Deadline: June 22, 2011, at 5:00 p.m.

Response(s) Received: Objection filed by Westfield LLC and Westland Garden State Plaza Limited Partnership (Dkt. No. 226).

Status: The parties are attempting to resolve the issues raised by Westfield LLC and Westland Garden State Plaza Limited Partnership in their objection. This matter is going forward on a contested basis, unless it is resolved consensually in advance of the Hearing.

e. Memorial City (Store Number 67):

Response Deadline: June 22, 2011, at 5:00 p.m.

Response(s) Received: None.

Status: This matter is going forward on an uncontested basis. A proposed order will be submitted prior to or at the Hearing.

Dated: June 28, 2011
   New York, New York

Respectfully submitted,

By:   /s/ Cathy Hershcopf
      Cathy Hershcopf

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf (CH 5875)
Jeffrey L. Cohen (JC 2556)
Alex R. Velinsky (AV 1012)

Attorneys for Debtor and Debtor in Possession