COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                  :
In re                                    :
                                                  :   Chapter 11
METROPARK USA, INC.,                :
                                                  :   Case No. 11-22866 (RDD)
               Debtor.                 :
                                                  :
---------------------------------------------------------------- x

**NOTICE OF FURTHER ADJOURNMENT OF THE AUCTION
OF THE DEBTOR'S INTELLECTUAL PROPERTY**

     **PLEASE TAKE NOTICE** that on May 12, 2011 Metropark USA, Inc. (the "Debtor") filed its Motion of the Debtor for Order (A) Setting (i) Date to Conduct Auction of Debtor's Interests in Certain Real Property Leases and Intellectual Property, and (ii) Sale Hearing Date; (B) Approving Bidding Procedures and Terms of Auction; (C) Establishing Cure Amounts; (D) Authorizing Debtor to Enter Into Lease Termination Agreements; (E) Approving and Authorizing Sale of Leases and Intellectual Property to Highest or Otherwise Best Bidder Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to § 363 of the Bankruptcy Code; (F) Waiving the Requirements of Federal Rule of Bankruptcy Procedure 6004 and Local Rule 6004-1 and (G) Granting Related Relief (the "Bidding Procedures Motion") (Doc. No. 88).

     **PLEASE TAKE FURTHER NOTICE** that the Court entered an Order (A) Setting (1) Date to Conduct Auction of Debtor's Interests in Certain Real Property Leases and Intellectual

Property, (2) Hearing Date for Approval of Auction and (3) Related Objection Deadlines; (B) Approving Bidding Procedures and Terms of Auction; and (C) Granting Related Relief (the "Bidding Procedures Order") (Doc. No. 149). Copies of the Bidding Procedures Order can be viewed on the Court's website at www.ecf.nysb.uscourts.gov or on the Debtor's website maintained by Omni Management Group, LLC at www.omnimgt.com/metropark.

**PLEASE TAKE FURTHER NOTICE** that on June 6, 2011 the Court entered an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 (I) Authorizing and Approving Designation Rights Agreement with the Cotton On Group (II) the Sale of Certain of the Debtor's Leases, (III) Assumption and Assignment Procedures (IV) Cure Amounts and (V) Granting Related Relief (the "Sale Order") (Dkt. No. 173).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order the auction of the Debtor's Intellectual Property was adjourned until June 29, 2011 or such later time determined by the Debtor and noticed on the docket of this case.

**PLEASE TAKE FURTHER NOTICE** that the auction of the Debtor's Intellectual Property is further adjourned until August 2, 2011 or such later time determined by the Debtor and noticed on the docket of this case.

| | |
|---|---|
| Dated: June 28, 2011<br>New York, New York | By: /s/ Cathy Hershcopf<br>Cathy Hershcopf<br><br>COOLEY LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Cathy Hershcopf<br>Jeffrey L. Cohen<br>Alex R. Velinsky<br><br>*Attorneys for Debtor and Debtor in Possession* |