COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: 
In re :
: Chapter 11
METROPARK USA, INC., :
: Case No. 11-22866 (RDD)
Debtor. :
:
---------------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF FINAL HEARING ON DEBTOR'S MOTION FOR AUTHORIZATION FOR LIMITED USE OF CASH COLLATERAL AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 27, 2011 the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered a *Third Interim Agreed Order Authorizing Limited Use of Cash Collateral and Granting Adequate Protection* (Docket No. 253), granting on an interim basis the relief requested in the motion (the "Motion") of Metropark USA, Inc., the debtor and debtor in possession (the "Debtor") dated May 2, 2011, for authorization for limited use of cash collateral and related relief all as more fully set forth in the Motion filed as Docket No. 21.

**PLEASE TAKE FURTHER NOTICE** that the final hearing on the Motion scheduled for July 11, 2011 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned** and will held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 118 of the Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **July 29, 2011 at 10:00 a.m. (Prevailing Eastern Time)**.

1750625 v1/NY

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system and (b) by all other parties in interest on a 3.5 inch disk, compact disc, or flash drive, preferably in WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers of the Honorable Robert D. Drain) and served upon: (i); attorneys to the Debtor, Cooley LLP, 1114 Avenue of the Americas, New York, New York 10036, (Attn: Cathy Hershcopf, Esq. and Jeffrey L. Cohen, Esq., Fax: (212) 479-6275) (ii) counsel to the Prepetition Lender: Riemer & Braunstein, LLP, Three Center Plaza, Boston, Massachusetts 02108 (Attn: Donald E. Rothman, Esq., Fax: (617) 880-3456); (iii) counsel to the Second Lien Agent, Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Ste. 1200, San Diego, CA 32101 (Attn: Michael D. Breslauer, Esq.); (iv) counsel to the Committee; (v) those parties requesting notice pursuant to Bankruptcy Rule 2002; and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Susan Golden, Esq.), so as **to be received** no later than 4:00 p.m. on July **25, 2011 (Prevailing Eastern Time)**.

Dated: July 7, 2011
New York, New York

By: /s/ Cathy Hershcopf
Cathy Hershcopf

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

*Attorneys for Debtor and Debtor in Possession*