COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**In re**                                                        :  **Chapter 11**
:
**METROPARK USA, INC.,**                                         :  **Case No. 11-22866 (RDD)**
:
       **Debtor.**             :
:
---------------------------------------------------------------- x

## HEARING AGENDA

| | |
|---|---|
| Time and Date of Hearing: | **July 11, 2011** at **10:00 a.m.** (prevailing Eastern time) (the "Hearing") |
| Location of Hearing: | Judge Drain's Courtroom, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10606 |
| Copies of Motions: | A copy of each of the pleadings can be viewed on the Court's website at www.ecf.nysb.uscourts.gov, and at the website maintained by Omni Management Group, LLC ("Omni") at www.omnimgt.com/metropark or by contacting Omni directly at Metropark USA, Inc. c/o Omni Management Group, LLC 16161 Ventura Blvd., Suite C, PMB 480, Encino, CA 91436, by telephone at (866) 989-6144, or by facsimile at (818) 783-2737. |

**MATTERS SCHEDULED FOR THE HEARING:**

    1.    Debtor's Emergency Motion for Authority to Abandon and/or Destroy Certain Documents and Records (Dkt. No. 264)

        Related Document:  Ex Parte Motion of the Debtor Pursuant to Bankruptcy Rules 2002(a)(2) and 9006(c) to Shorten Time with Respect to Hearing on the Debtor's Emergency Motion for Authority to Abandon and/or Destroy Certain Documents and Records (Dkt. No. 365)

        Response Deadline:  July 8, 2011, at 4:00 p.m.

Responses Received: None, as of the filing of this agenda.

Status: This matter is going forward.

2. Notice of Assumption and Assignment of Unexpired Leases of Nonresidential Real Property (Dkt. No. 212) With Respect to the Debtor's Aventura Location

   Related Document(s): Memorandum of Law in Support of Assumption and Assignment of Leases to Cotton On USA, Inc. and Reply to Objections filed by Cotton On USA, Inc. (Dkt. No. 263)

   Response Deadline: June 22, 2011, at 5:00 p.m.

   Response(s) Received: Objection filed by Aventura Mall Venture (Dkt. No. 227).

   Status: The parties are in the process of finalizing the documentation of this assignment, and hope to submit an agreed-upon form of proposed order and assignment agreement prior to the Hearing, in which case a hearing on this matter will not be necessary. In the event final documentation is not submitted prior to the Hearing, the Hearing on this matter will go forward as a status conference.

3. Motion of the Debtor for (I) Use of Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (Dkt. No. 21)

   Related Documents: Interim Agreed Order (Dkt. No. 60); Notice of Entry of Interim Agreed Order (Dkt. No. 64); Amended Second Interim Agreed Order (Dkt. No. 157); Notice of Entry of Amended Second Interim Agreed Order (Dkt. No 158); Third Interim Agreed Order (Dkt. No. 253); Notice of Entry of Third Interim Agreed Order (Dkt. No. 253)

   Status: This matter has been **adjourned to July 29, 2011 at 10:00 a.m.** A notice of adjournment will be filed on the docket and served prior to the Hearing.

Dated: July 7, 2011
New York, New York

Respectfully submitted,

By: /s/ Cathy Hershcopf
   Cathy Hershcopf

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf (CH 5875)
Jeffrey L. Cohen (JC 2556)
Alex R. Velinsky (AV 1012)

*Attorneys for Debtor and Debtor in Possession*

2