COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                        :

In re                                                             :      Chapter 11

METROPARK USA, INC.,                            :

                                                              :      Case No. 11-22866 (RDD)

        Debtor.                                      :
                                                              :

------------------------------------------------------------------ x

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on May 12, 2011 Metropark USA, Inc. (the "Debtor") filed its Motion of the Debtor for Order (A) Setting (i) Date to Conduct Auction of Debtor's Interests in Certain Real Property Leases and Intellectual Property, and (ii) Sale Hearing Date; (B) Approving Bidding Procedures and Terms of Auction; (C) Establishing Cure Amounts; (D) Authorizing Debtor to Enter Into Lease Termination Agreements; (E) Approving and Authorizing Sale of Leases and Intellectual Property to Highest or Otherwise Best Bidder Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to § 363 of the Bankruptcy Code; (F) Waiving the Requirements of Federal Rule of Bankruptcy Procedure 6004 and Local Rule 6004-1 and (G) Granting Related Relief (the "Bidding Procedures Motion") (Doc. No. 88).

**PLEASE TAKE FURTHER NOTICE** that on May 24, 2011 the Court entered an Order (A) Setting (1) Date to Conduct Auction of Debtor's Interests in Certain Real Property Leases and Intellectual Property, (2) Hearing Date for Approval of Auction and (3) Related Objection

1755210 v1/NY

Deadlines; (B) Approving Bidding Procedures and Terms of Auction; and (C) Granting Related Relief (the "Bidding Procedures Order") (Doc. No. 149).

**PLEASE TAKE FURTHER NOTICE** that pursuant to an Order of the Court (Doc. No. 190) entered on June 6, 2011 the Auction with respect to the Debtor's Intellectual Property was adjourned until June 29, 2011, or such later time as determined by the Debtor and filed on the docket of this case.

**PLEASE TAKE FURTHER NOTICE** that the Debtor filed a Notice of Further Adjournment of the Auction with respect to the Intellectual Property to August 2, 2011 (Doc. No. 259).

**PLEASE TAKE FURTHER NOTICE** that on July 14, 2011 the Debtor filed a Notice of Stalking Horse Bid for Debtor's Intellectual Property and Bid Deadline ("Notice of Stalking Horse Bid") (Doc. No. 293).

**PLEASE TAKE FURTHER NOTICE** that having received no additional bids (other than the Stalking Horse Bid) and the Bid Deadline having passed, the Auction with respect to the Intellectual Property is cancelled and Strato Trading Group, Inc. is the Successful Bidder for the Debtor's Intellectual Property pursuant to the terms of the Asset Purchase Agreement attached as Exhibit A to the Notice of Stalking Horse Bid.

**PLEASE TAKE FURTHER NOTICE** that the proposed transactions referenced herein are subject to approval by the United States Bankruptcy Court for the Southern District of New York at a hearing scheduled for **July 29, 2011 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Robert D. Drain.

Dated: July 28, 2011
     New York, New York

By:   <u>/s/ Cathy Hershcopf</u>
      Cathy Hershcopf

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Jeffrey L. Cohen
Alex R. Velinsky

*Attorneys for Debtor and Debtor in Possession*